UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TOMMY SPAN,

    Petitioner,

v.                                                Case No. 5:11-cv-679-Oc-30TBS

SECRETARY, DEPT. OF
CORRECTIONS., et al.,

    Respondents.
_____/

## ORDER OF DISMISSAL

Petitioner, *pro se*, initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The petition is due to be dismissed as successive. Pursuant to 28 U.S.C. § 2244(b)(3)(A), the so called "gatekeeper provision," before a second or successive petition for writ of habeas corpus can be filed with this Court, Petitioner must request permission to file the second or successive petition from the Eleventh Circuit. Court records reflect Petitioner previously filed several Petitions for Writ of Habeas Corpus in this Court. *See e.g.* case no. 79-34-cv-Oc; case no. 87-150-cv-Oc; case no. 87-192-cv-Oc-12; case no. 5:01-cv-0153.

Petitioner has not demonstrated that he has obtained the requisite certification from the Eleventh Circuit. Accordingly, this case will be dismissed without prejudice to allow

Petitioner the opportunity to seek authorization from the Eleventh Circuit. The Clerk is directed to terminate any pending motions, and close the file.

    **DONE** and **ORDERED** in Tampa, Florida on December 28, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Pro Se* Petitioner