UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TOMMY SPAN,

    Petitioner,

v.                                   Case No. 5:11-cv-679-Oc-30TBS

SECRETARY, DEPT. OF
CORRECTIONS., et al.,

    Respondents.
_____/

**ORDER**

In an order dated December 28, 2012, the Court dismissed Petitioner's petition as successive. (Doc. 4). Now before the Court are Petitioner's Applications for Certificate of Appealability (Docs. 6, 10) and Motion for Leave to Appeal In Forma Pauperis on appeal. (Doc. 7). Under 28 U.S.C. §2253(c)(2) and (3), a certificate of appealability may be issued only if the applicant has made a substantial showing of the denial of a constitutional right, and the certificate must identify "which specific issue or issues satisfy [that] showing. . ." Here, none of the Petitioner's papers identify the specific issues the Petitioner intends to raise on appeal and, of course, there is no corresponding discussion making the required demonstration that reasonable jurists would find this Court's disposition of those unidentified constitutional issues to be debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, Petitioner's Applications for Certificate of Appealability (Docs. 6, 10) and Motion for Leave to Appeal In Forma Pauperis (Doc. 7) are **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record