UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TOMMY SPAN, *pro se,*

    Petitioner,

v.                                       Case No. 5:11-cv-679-Oc-30TBS

SECRETARY, DEPT. OF
CORRECTIONS., et al.,

    Respondents.

## **ORDER**

In an Order dated December 28, 2012, the Court dismissed Petitioner's petition as successive. (Doc. 4). In an Order dated June 14, 2012, the Court denied Petitioner's Application for Certificate of Appealability and his Motion for Leave to Appeal *In Forma Pauperis*. (Doc. 11). It appears Petitioner again requests an Application for Certificate of Appealability. (Doc. 13). Upon due consideration and for the reasons stated in the Court's Order of June 14, 2012, Petitioner's Application for Certificate of Appealability (Doc. 13) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on July 10, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE